# United States District Court
## For The Western District of North Carolina
## Bryson City Division

Dennis David Green,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                              2:11cv32

Curtis A. Cocharn, et al,

    Defendant(s).


DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/7/12 Order.


                                         Signed: August 7, 2012

                                         Frank G. Johns, Clerk
                                         United States District Court